## 21964. HARTFORD FIRE INSURANCE COMPANY v. FEDERATED FRUIT AND VEGETABLE GROWERS INCORPORATED.

SUTTON, J. Under the pleadings and the evidence in the instant case, the questions raised are decided by the rulings in *Georgia Fruit Growers* v. *Vaughn,* 45 *Ga. App.* 17 (163 S. E. 221).

*Judgment reversed. Jenkins, P. J., concurs. Stephens, J., concurs specially.*

DECIDED SEPTEMBER 26, 1932.

*Spalding, MacDougald & Sibley, Hall, Grice & Bloch,* for plaintiff in error.

*Harris, Harris & Popper,* contra.

STEPHENS, J. I concur in the judgment of reversal, because it appears from the undisputed facts that the amount of the plaintiff's net returns from the sale of the peaches was in excess of the amount of insurance which was in effect.